No. 76–6059.   HARRIS *v.* TENNESSEE.   C. A. 6th Cir.   Certiorari denied.

No. 76–6061.   BLUVER *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 76–6069.   MAKAL *v.* ARIZONA ET AL.   C. A. 9th Cir. Certiorari denied.

No. 76–6071.   GOULD *v.* WFF-N-PROOF ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 76–6074.   LEITZEL *v.* STAPLETON ET AL.   Super. Ct. Pa. Certiorari denied.

No. 76–6077.   CLARK ET AL. *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 76–6079.   RODRIGUEZ *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 76–6080.   O'LEARY *v.* ILLINOIS ET AL.   Sup. Ct. Ill. Certiorari denied.

No. 76–6084.   MORGAN *v.* MINNESOTA.   Sup. Ct. Minn. Certiorari denied.

No. 76–6085.   SHADD *v.* TRIDICO ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 76–6086.   FORRESTER *v.* NEW YORK UNIVERSITY.   C. A. 2d Cir.   Certiorari denied.

No. 76–6092.   WRINKLE *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.